# EXHIBIT A

| NATASHA S AYALA REDACTED | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 1010 Pine, St. Louis, MO 63101 OneStop 888-722-1787 | | W-4 MS EXP  ADL W/H FED EXEMPT CA EXEMPT | | |
|---|---|---|---|---|---|---|
| REDACTED CHECK DATE: 06/01/2018 | PAY PERIOD FROM 05/13/2018 TO 05/26/2018 | | TOTAL CURRENT PPD WLD HRS:  0.00 | | | REDACTED |
| CURRENT RATE  19.5625 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 550.45 | 18,234.20 | 040118-043018 | COMMISSION (MOBILITY)* | | | 509.09 |
| | | | 040118-043018 | OT TRUE-UP ADD'L COMP | | | 0.63 |
| TOTAL TAX WITHHOLDING | -84.82 | -1,769.77 | 040118-043018 | NON-CASH AWARD* | | | 430.00 |
| | | | 040118-043018 | NON-CASH AWD TAX GROS-UP* | | | 40.73 |
| SOC SECURITY | -60.79 | -1,170.05 | | | | | |
| MEDICARE | -14.22 | -273.64 | | | | | |
| CA SDI | -9.81 | -188.72 | | | | | |
| CA | 0.00 | -137.36 | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | 0.00 | -1,702.63 | | | | | |
| MEDICAL-PRETX | 0.00 | -750.00 | | | | | |
| DENTAL-PRETX | 0.00 | -70.00 | | | | | |
| VISION-PRETX | 0.00 | -25.00 | | | | | |
| DEPENDENT LIFE-AFTX | 0.00 | -13.65 | | | | | |
| ARSP BASIC 401K | 0.00 | -599.39 | | | | | |
| AWARD UNION DUES | 0.00 | -13.00 | | | | | |
| UNION DUES CWA | 0.00 | -211.59 | | | | | |
| EMPLOYEE GIVING | 0.00 | -20.00 | | | | | |
| NET PAY | 465.63 | XXXXXXX-XXXXXX | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL | 980.45 | 18,272.37 | | | | | |
| SOC SECURITY | 980.45 | 18,871.76 | | | | | |
| MEDICARE | 980.45 | 18,871.76 | | | | | |
| CA | 980.45 | 18,272.37 | | | | | |
| CA SDI | 980.45 | 18,871.76 | | | | | |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| 2018 SOC SECURITY LIMITS: WAGES | 128,400.00 | TAXES 7,960.80 | 2018 CA SDI LIMITS: WAGES | 114,967.00 | TAXES 1,149.67 |

CONFIDENTIAL

Mobility-0595

| NATASHA S AYALA **REDACTED** | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 1010 Pine, St. Louis, MO 63101 OneStop 888-722-1787 | | W-4_NS EXP   ADL W/H FED EXEMPT CA EXEMPT | | | |
|---|---|---|---|---|---|---|---|
| **REDACTED** CHECK DATE: 05/07/2018 | **REDACTED** PAY PERIOD FROM 05/07/2018 TO 05/07/2018 | | TOTAL CURRENT PPD WKD HRS | 0.00 | **REDACTED** | | |
| CURRENT RATE     19.5625 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 220.27 | 16,744.75 | 042918-051218 | REGULAR | 19.5625 | -8.00 | -156.50 |
| | | | | REGULAR | 19.5625 | 3.00 | 58.69 |
| TOTAL TAX WITHHOLDING | -19.05 | -1,684.95 | | PAID TIME NOT WORKED | 19.5625 | 16.00 | 313.00 |
| | | | | UNPAID TIME OFF | | 5.00 | |
| SOC SECURITY | -13.66 | -1,109.26 | 041518-042818 | OVERTIME BASE | 19.5625 | -0.03 | -0.59 |
| MEDICARE | -3.19 | -259.42 | | OVERTIME BASE | 19.5625 | 0.15 | 2.94 |
| CA SDI | -2.20 | -178.91 | | OVERTIME PREM 0.5 | 9.7813 | -0.03 | -0.29 |
| CA | 0.00 | -137.36 | | OVERTIME PREM 0.5 | 9.7813 | 0.15 | 1.46 |
| | | | 030118-033118 | OT TRUE-UP ADD'L COMP | | | 1.56 |
| TOTAL REFUNDS/DEDUCTIONS | -8.61 | -1,702.63 | | | | | |
| ARSP BASIC 401K | -8.61 | -599.39 | | | | | |
| MEDICAL-PRETX | 0.00 | -750.00 | | | | | |
| DENTAL-PRETX | 0.00 | -70.00 | | | | | |
| VISION-PRETX | 0.00 | -25.00 | | | | | |
| DEPENDENT LIFE-AFTX | 0.00 | -13.65 | | | | | |
| AWARD UNION DUES | 0.00 | -13.00 | | | | | |
| UNION DUES CWA | 0.00 | -211.59 | | | | | |
| EMPLOYEE GIVING | 0.00 | -20.00 | | | | | |
| NET PAY | | 192.61 xxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL | 211.66 | 17,291.92 | | | | | |
| SOC SECURITY | 220.27 | 17,891.31 | | | | | |
| MEDICARE | 220.27 | 17,891.31 | | | | | |
| CA | 211.66 | 17,291.92 | | | | | |
| CA SDI | 220.27 | 17,891.31 | | | | | |
| OTHER INFORMATION | | THIS PERIOD | YTD | OTHER INFORMATION | | THIS PERIOD | YTD |
| 2018 SOC SECURITY LIMITS: WAGES | | 128,400.00 TAXES: | 7,960.80 | 2018 CA SDI LIMITS: WAGES | | 114,967.00 TAXES: | 1,149.67 |

| NATASHA S AYALA REDACTED REDACTED CHECK DATE: 02/23/2018 | | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 1010 Pine, St. Louis, MO 63101 OneStop 888-722-1787 PAY PERIOD FROM 02/04/2018 TO 02/17/2018   TOTAL CURRENT PPD WKD HRS  49.78 | | | V-4 MS EXP    ADL W/H FED EXEMPT CA  EXEMPT REDACTED | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT RATE  19.5625 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT | |
| TOTAL COMPENSATION | 1,406.98 | 7,454.34 | 020418-021718 | REGULAR | 18.9875 | 23.97 | 455.13 | |
| | | | | REGULAR | 19.5625 | 25.71 | 502.95 | |
| TOTAL TAX WITHHOLDING | -145.86 | -853.40 | | PDO/EWP ALLOWANCE | 19.5625 | 5.00 | 97.82 | |
| | | | | ILLNESS | 18.9875 | 8.00 | 151.90 | |
| SOC SECURITY | -106.43 | -513.23 | | ILLNESS | 19.5625 | 8.00 | 156.50 | |
| MEDICARE | -24.89 | -120.03 | | UNPAID TIME OFF | | 9.50 | | |
| CA | 2.63 | -137.36 | | OVERTIME BASE | 18.9875 | 0.05 | 0.95 | |
| CA SDI | -17.17 | -82.78 | | OVERTIME BASE | 19.5625 | 0.05 | 0.98 | |
| | | | | OVERTIME PREM 0.5 | 9.4938 | 0.05 | 0.47 | |
| | | | | OVERTIME PREM 0.5 | 9.7813 | 0.05 | 0.49 | |
| | | | 010118-013118 | NON-CASH AWARD* | | | 403.56 | |
| | | | 010118-013118 | NON-CASH AWD TAX GROS-UP* | | | 38.22 | |
| | | | 010118-013118 | OT TRUE-UP ADD'L COMP | | | 1.57 | |
| TOTAL REFUNDS/DEDUCTIONS | -168.92 | -678.07 | | | | | | |
| MEDICAL-PRETX | -75.00 | -300.00 | | | | | | |
| DENTAL-PRETX | -14.00 | -28.00 | | | | | | |
| VISION-PRETX | -5.00 | -10.00 | | | | | | |
| ARSP BASIC 401k | -54.57 | -232.12 | | | | | | |
| UNION DUES CWA | -20.35 | -89.49 | | | | | | |
| DEPENDENT LIFE-AFTX | 0.00 | -5.46 | | | | | | |
| AWARD UNION DUES | 0.00 | -13.00 | | | | | | |
| NET DIRECT DEPOSIT | 1,092.20 | xxxxxxxxxxxxx | | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | | |
| FEDERAL | 1,661.97 | 8,045.78 | | | | | | |
| SOC SECURITY | 1,716.54 | 8,277.90 | | | | | | |
| MEDICARE | 1,716.54 | 8,277.90 | | | | | | |
| CA | 1,661.97 | 8,045.78 | | | | | | |
| CA SDI | 1,716.54 | 8,277.90 | | | | | | |
| | | | *SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL | | | | | |
| OTHER INFORMATION | THIS PERIOD | | YTD | OTHER INFORMATION | | THIS PERIOD | | YTD |
| 2018 SOC SECURITY LIMITS: WAGES: | 128,400.00 | TAXES: | 7,960.80 | 2018 CA SDI LIMITS: | WAGES: | 114,967.00 | TAXES: | 1,149.67 |

CONFIDENTIAL

Mobility-0604

| NATASHA S AYALA REDACTED | | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 1010 Pine, St Louis, MO 63101 | | W-4 MS EXP  ADL W/H FED EXEMPT CA  5  04        0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| CHECK DATE: 12/29/2017 | REDACTED | PAY PERIOD FROM 12/10/2017 TO 12/23/2017 | OneStop 888-722-1787 TOTAL CURRENT PPD WLD HRS: | 70.45 | REDACTED | | | |
| CURRENT RATE  18.5750 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 2,857.53 | 41,602.07 | 121017-122317 | REGULAR UNPAID TIME OFF | | 18.5750 | 70.10 10.00 | 1,302.11 |
| TOTAL TAX WITHHOLDING | -386.59 | -5,082.93 | | OVERTIME BASE OVERTIME PREM 0.5 | | 18.5750 9.2875 | 0.35 0.36 | 6.51 3.35 |
| FEDERAL SOC SECURITY MEDICARE CA CA SDI | 0.00 -177.17 -41.44 -142.26 -25.72 | -375.04 -2,659.78 -622.05 -1,039.96 -386.10 | 110117-113017 110117-113017 | COMMISSION (MOBILITY)* MISC PAYMENT - W4 TAX OT TRUE-UP ADD'L COMP | | | | 544.41 1,000.00 1.15 |
| TOTAL REFUNDS/DEDUCTIONS | -93.18 | -3,748.07 | | | | | | |
| ARSP BASIC 401K UNION DUES CWA MEDICAL M/U-PRETX MEDICAL-PRETX TOBACCO SURCHRG M/U-PRETX TOBACCO SURCHARGE-PRETX DENTAL M/U-PRETX DENTAL-PRETX VISION M/U-PRETX VISION-PRETX EMPLOYEE GIVING | -73.86 -19.32 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 | -566.75 -502.32 -64.00 -1,772.00 -50.00 -550.00 -7.00 -161.00 -3.00 -57.00 -15.00 | | | | | | |
| NET DIRECT DEPOSIT | | 2,377.76 | xxxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | | |
| FEDERAL SOC SECURITY MEDICARE CA CA SDI | 2,783.67 2,857.53 2,857.53 2,783.67 2,857.53 | 42,332.94 42,899.69 42,899.69 42,332.94 42,899.69 | | | | | | |
| | | | | *SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL | | | | |
| OTHER INFORMATION | | THIS PERIOD | YTD | OTHER INFORMATION | | | THIS PERIOD | YTD |
| 2017 SOC SECURITY LIMITS: WAGES | | 127,200.00 TAXES: | 7,886.40 | 2017 CA SDI LIMITS: | WAGES | | 110,902.00 TAXES: | 998.12 |

| NATASHA S AYALA **REDACTED** | | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 1010 Pine, St. Louis, MO 63101 OneStop 888-722-1787 | | W-4 MS EXP  ADL V/H FED EXEMPT CA  S  04   0.00 | | |
|---|---|---|---|---|---|---|---|
| CHECK DATE: 12/15/2017 | **REDACTED** PAY PERIOD FROM 11/26/2017 TO 12/09/2017 | | | TOTAL CURRENT PPD WKD HRS 51.63 | | **REDACTED** | |
| CURRENT RATE  18.5750 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 1,069.52 | 30,744.54 | 112617-120917 | REGULAR UNPAID TIME OFF | 18.5750 | 51.40 28.70 | 954.76 |
| TOTAL TAX WITHHOLDING | -180.04 | -4,696.34 | | OVERTIME BASE OVERTIME PREM 0.5 | 18.5750 9.2875 | 0.23 0.24 | 4.27 2.23 |
| FEDERAL | 0.00 | -375.04 | 110117-113017 | NON-CASH AWARD* | | | 462.99 |
| SOC SECURITY | -88.16 | -2,482.61 | 110117-113017 | NON-CASH AWD TAX GROS-UP* | | | 107.06 |
| MEDICARE | -20.62 | -580.61 | 110117-113017 | TAXABLE NON-CASH AWARD* | | | 10.00 |
| CA | -58.46 | -897.70 | 110117-113017 | OT TRUE-UP ADD'L COMP | | | 1.20 |
| CA SDI | -12.80 | -360.38 | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -168.46 | -3,654.89 | | | | | |
| MEDICAL-PRETX | -76.50 | -1,772.00 | | | | | |
| TOBACCO SURCHARGE-PRETX | -25.00 | -550.00 | | | | | |
| DENTAL-PRETX | -14.00 | -161.00 | | | | | |
| VISION-PRETX | -5.00 | -57.00 | | | | | |
| ARSP BASIC 401K | -28.64 | -492.89 | | | | | |
| UNION DUES CWA | -19.32 | -483.00 | | | | | |
| MEDICAL M/U-PRETX | 0.00 | -64.00 | | | | | |
| TOBACCO SURCHRG M/U-PRETX | 0.00 | -50.00 | | | | | |
| DENTAL M/U-PRETX | 0.00 | -7.00 | | | | | |
| VISION M/U-PRETX | 0.00 | -3.00 | | | | | |
| EMPLOYEE GIVING | 0.00 | -15.00 | | | | | |
| NET DIRECT DEPOSIT | | 721.02  XXXXXXXXXXXXXX | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL | 1,393.37 | 39,549.27 | | | | | |
| SOC SECURITY | 1,422.01 | 40,042.16 | | | | | |
| MEDICARE | 1,422.01 | 40,042.16 | | | | | |
| CA | 1,393.37 | 39,549.27 | | | | | |
| CA SDI | 1,422.01 | 40,042.16 | | | | | |
| | | | | *SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL | | | |
| OTHER INFORMATION | | THIS PERIOD | YTD | OTHER INFORMATION | | THIS PERIOD | YTD |
| 2017 SOC SECURITY LIMITS: WAGES | | 127,200.00 TAXES: | 7,886.40 | 2017 CA SDI LIMITS: WAGES: | | 110,902.00 TAXES: | 998.12 |

NATASHA S AYALA
**REDACTED**

Statement of Earnings, Taxes, and Allotments
AT&T MOBILITY SERVICES, LLC
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St Louis, MO 63101
OneStop  888-722-1787

W-4 NS EXP  ADL W/H
FED EXEMPT
CA  S  04       0.00

REDACTED

CHECK DATE: 05/19/2017   PAY PERIOD FROM 04/30/2017 TO 05/13/2017   TOTAL CURRENT PPD WKD HRS: 56.18   **REDACTED**

| CURRENT RATE 18.5750 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | 1,067.81 | 16,119.39 | 043017-051317 | REGULAR | 18.5750 | 56.00 | 1,040.20 |
| | | | | UNPAID TIME OFF | | 24.00 | |
| TOTAL TAX WITHHOLDING | -86.70 | -1,960.16 | | OVERTIME BASE | 18.5750 | 0.18 | 3.35 |
| | | | | OVERTIME PREM 0.5 | 9.2875 | 0.18 | 1.68 |
| FEDERAL | 0.00 | -375.04 | | ADD'L ADJUSTED OT PREM | | | 0.03 |
| SOC SECURITY | -59.79 | -1,008.48 | | UNTAKEN MEAL BREAK | 18.5750 | 1.00 | 18.58 |
| MEDICARE | -13.98 | -235.85 | 040117-043017 | NON-CASH AWARD* | | | 17.05 |
| CA | -4.25 | -194.40 | 040117-043017 | NON-CASH AWD TAX GROS-UP* | | | 3.94 |
| CA SDI | -8.68 | -146.39 | 040117-043017 | OT TRUE-UP ADD'L COMP | | | 0.03 |
| | | | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -171.03 | -1,735.12 | | | | | |
| MEDICAL-PRETX | -76.50 | -701.00 | | | | | |
| TOBACCO SURCHARGE-PRETX | -25.00 | -200.00 | | | | | |
| DENTAL-PRETX | -14.00 | -63.00 | | | | | |
| VISION-PRETX | -5.00 | -22.00 | | | | | |
| ARSP BASIC 401K | -31.21 | -416.92 | | | | | |
| UNION DUES CWA | -19.32 | -193.20 | | | | | |
| MEDICAL M/U-PRETX | 0.00 | -64.00 | | | | | |
| TOBACCO SURCHRG M/U-PRETX | 0.00 | -50.00 | | | | | |
| DENTAL M/U-PRETX | 0.00 | -7.00 | | | | | |
| VISION M/U-PRETX | 0.00 | -3.00 | | | | | |
| EMPLOYEE GIVING | 0.00 | -15.00 | | | | | |

| NET DIRECT DEPOSIT | 810.08 | XXXXXXXXXXXXXX |
|---|---|---|

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 933.15 | 15,848.88 |
| SOC SECURITY | 964.36 | 16,265.80 |
| MEDICARE | 964.36 | 16,265.80 |
| CA | 933.15 | 15,848.88 |
| CA SDI | 964.36 | 16,265.80 |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| 2017 SOC SECURITY LIMITS: WAGES: | 127,200.00 | TAXES: 7,886.40 | 2017 CA SDI LIMITS: WAGES: | 110,902.00 | TAXES: 998.12 |

| NATASHA S AYALA **REDACTED** | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 909 Chestnut, St. Louis, MO 63101 | | W-4 MS EXP  ADL V/H FED EXEMPT CA  S  04       0.00 | | |
|---|---|---|---|---|---|---|
| **REDACTED** CHECK DATE: 06/02/2017 | | PAY PERIOD FROM 05/14/2017 TO 05/27/2017  OneStop  888-722-1787 TOTAL CURRENT PPD WKD HRS:  60.98  **REDACTED** | | | | |
| CURRENT RATE  18.5750 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 1,584.23 | 17,703.62 | 051417-052717 | REGULAR | 18.5750 | 60.76 | 1,128.62 |
| TOTAL TAX WITHHOLDING | -151.72 | -2,111.88 | | UNPAID TIME OFF OVERTIME BASE | 18.5750 | 19.37 0.22 | 4.09 |
| FEDERAL SOC SECURITY MEDICARE CA CA SDI | 0.00 -91.93 -21.50 -24.94 -13.35 | -375.04 -1,100.41 -257.35 -219.34 -159.74 | 040117-043017 040117-043017 | OVERTIME PREM 0.5 COMMISSION (MOBILITY)* OT TRUE-UP ADD'L COMP | 9.2875 | 0.21 | 1.95 448.91 0.66 |
| TOTAL REFUNDS/DEDUCTIONS | -168.15 | -1,903.27 | | | | | |
| MEDICAL-PRETX TOBACCO SURCHARGE-PRETX ARSP BASIC 401K UNION DUES CWA MEDICAL M/U-PRETX TOBACCO SURCHRG M/U-PRETX DENTAL M/U-PRETX DENTAL-PRETX VISION M/U-PRETX VISION-PRETX EMPLOYEE GIVING | -76.50 -25.00 -47.33 -19.32 0.00 0.00 0.00 0.00 0.00 0.00 0.00 | -777.50 -225.00 -464.25 -212.52 -64.00 -50.00 -7.00 -63.00 -3.00 -22.00 -15.00 | | | | | |
| NET DIRECT DEPOSIT | 1,264.36 | xxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL SOC SECURITY MEDICARE CA CA SDI | 1,435.40 1,482.73 1,482.73 1,435.40 1,482.73 | 17,284.28 17,748.53 17,748.53 17,284.28 17,748.53 | | | | | |
| | | | *SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL | | | | |
| OTHER INFORMATION | | THIS PERIOD | YTD | OTHER INFORMATION | | THIS PERIOD | YTD |
| 2017 SOC SECURITY LIMITS: | WAGES: | 127,200.00 | TAXES: 7,886.40 | 2017 CA SDI LIMITS: | WAGES: | 110,902.00 | TAXES: 998.12 |

| NATASHA S AYALA REDACTED | | | Statement of Earnings, Taxes, and Allotments AT&T MOBILITY SERVICES, LLC. 1025 Lenox Park Blvd NE, Atlanta, GA 30319 Payroll Address: 509 Chestnut, St Louis, MO 63101 | | W-4 MS EXP ADL W/H FED EXEMPT CA 5 04 0.00 | | |
|---|---|---|---|---|---|---|---|
| CHECK DATE: 06/16/2017 | REDACTED PAY PERIOD FROM 05/28/2017 TO 06/10/2017 | | OneStop 888-722-1787 TOTAL CURRENT PPD WKD HRS 53.73 | | REDACTED | | |
| CURRENT RATE 18.5750 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 1,302.18 | 19,005.60 | 052817-061017 | REGULAR | 18.5750 | 53.28 | 989.68 |
| | | | | HOLIDAY ALLOWANCE | 18.5750 | 8.00 | 148.60 |
| TOTAL TAX WITHHOLDING | -116.26 | -2,228.14 | | ILLNESS | 18.5750 | 8.00 | 148.60 |
| | | | | UNPAID TIME OFF | | 10.75 | |
| FEDERAL | 0.00 | -375.04 | | OVERTIME BASE | 18.5750 | 0.45 | 8.36 |
| SOC SECURITY | -74.02 | -1,174.43 | | OVERTIME PREM 0.5 | 9.2875 | 0.44 | 4.09 |
| MEDICARE | -17.32 | -274.67 | 050117-053117 | NON-CASH AWARD* | | | 12.22 |
| CA | -14.18 | -233.52 | 050117-053117 | NON-CASH AWD TAX GROS-UP* | | | 2.83 |
| CA SDI | -10.74 | -170.48 | 050117-053117 | OT TRUE-UP ADD'L COMP | | | 0.02 |
| TOTAL REFUNDS/DEDUCTIONS | -139.82 | -2,043.09 | | | | | |
| MEDICAL-PRETX | -76.50 | -854.00 | | | | | |
| TOBACCO SURCHARGE-PRETX | -25.00 | -250.00 | | | | | |
| DENTAL-PRETX | -14.00 | -77.00 | | | | | |
| VISION-PRETX | -5.00 | -27.00 | | | | | |
| UNION DUES CWA | -19.32 | -231.64 | | | | | |
| MEDICAL M/U-PRETX | 0.00 | -64.00 | | | | | |
| TOBACCO SURCHRG M/U-PRETX | 0.00 | -50.00 | | | | | |
| DENTAL M/U-PRETX | 0.00 | -7.00 | | | | | |
| VISION M/U-PRETX | 0.00 | -3.00 | | | | | |
| ARSP BASIC 401K | 0.00 | -464.25 | | | | | |
| EMPLOYEE GIVING | 0.00 | -15.00 | | | | | |
| NET DIRECT DEPOSIT | 1,046.10 | xxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL | 1,193.90 | 18,478.18 | | | | | |
| SOC SECURITY | 1,193.90 | 18,942.43 | | | | | |
| MEDICARE | 1,193.90 | 18,942.43 | | | | | |
| CA | 1,193.90 | 18,478.18 | | | | | |
| CA SDI | 1,193.90 | 18,942.43 | | | | | |
| | | | | *SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL | | | |
| OTHER INFORMATION | | THIS PERIOD | YTD | OTHER INFORMATION | | THIS PERIOD | YTD |
| 2017 SOC SECURITY LIMITS: WAGES | | 127,200.00 TAXES: | 7,886.40 | 2017 CA SDI LIMITS: WAGES | | 110,902.00 TAXES: | 998.12 |

CONFIDENTIAL

Mobility-0625

```
NATASHA S AYALA                    Statement of Earnings, Taxes, and Allotments    W-4 WS EXP   ADL W/H
REDACTED                                    AT&T MOBILITY SERVICES, LLC             FED EXEMPT
                                   1025 Lenox Park Blvd NE, Atlanta, GA 30319       CA  S  04      0.00
                    REDACTED       Payroll Address: 909 Chestnut, St Louis, MO 63101
                                           OneStop  868-722-1787                            REDACTED
CHECK DATE: 06/30/2017  PAY PERIOD FROM 06/11/2017 TO 06/24/2017  TOTAL CURRENT PPD W/D HRS: 62.12
```

| CURRENT RATE 18.5750 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | 1,856.48 | 20,062.28 | 061117-062417 | REGULAR | 18.5750 | 61.85 | 1,148.87 |
|  |  |  |  | UNPAID TIME OFF |  | 18.23 |  |
| TOTAL TAX WITHHOLDING | -211.89 | -2,440.03 |  | OVERTIME BASE | 18.5750 | 0.27 | 5.01 |
|  |  |  |  | OVERTIME PREM 0.5 | 9.2875 | 0.28 | 2.61 |
| FEDERAL | 0.00 | -375.04 | 050117-053117 | COMMISSION (MOBILITY)* |  |  | 698.81 |
| SOC SECURITY | -115.10 | -1,289.53 | 050117-053117 | OT TRUE-UP ADD'L COMP |  |  | 1.18 |
| MEDICARE | -26.91 | -301.58 |  |  |  |  |  |
| CA | -53.17 | -286.69 |  |  |  |  |  |
| CA SDI | -16.71 | -187.19 |  |  |  |  |  |
| TOTAL REFUNDS/DEDUCTIONS | -19.32 | -2,062.41 |  |  |  |  |  |
| UNION DUES CWA | -19.32 | -251.16 |  |  |  |  |  |
| MEDICAL M/U-PRETX | 0.00 | -64.00 |  |  |  |  |  |
| MEDICAL-PRETX | 0.00 | -854.00 |  |  |  |  |  |
| TOBACCO SURCHRG M/U-PRETX | 0.00 | -50.00 |  |  |  |  |  |
| TOBACCO SURCHARGE-PRETX | 0.00 | -250.00 |  |  |  |  |  |
| DENTAL M/U-PRETX | 0.00 | -7.00 |  |  |  |  |  |
| DENTAL-PRETX | 0.00 | -77.00 |  |  |  |  |  |
| VISION M/U-PRETX | 0.00 | -3.00 |  |  |  |  |  |
| VISION-PRETX | 0.00 | -27.00 |  |  |  |  |  |
| ARSP BASIC 401K | 0.00 | -464.25 |  |  |  |  |  |
| EMPLOYEE GIVING | 0.00 | -15.00 |  |  |  |  |  |
| NET DIRECT DEPOSIT | 1,625.27 | xxxxxxxxxxxxxx |  |  |  |  |  |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 1,856.48 | 20,334.66 |
| SOC SECURITY | 1,856.48 | 20,798.91 |
| MEDICARE | 1,856.48 | 20,798.91 |
| CA | 1,856.48 | 20,334.66 |
| CA SDI | 1,856.48 | 20,798.91 |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| 2017 SOC SECURITY LIMITS  WAGES: | 127,200.00 | TAXES: 7,886.40 | 2017 CA SDI LIMITS  WAGES: | 110,902.00 | TAXES: 998.12 |

CONFIDENTIAL

Mobility-0624